```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                                    :
SYLVESTER ANDREWS,                  :
                                    :
            Petitioner,             :    Civ. No. 17-4839 (NLH)
                                    :
      v.                            :    ORDER
                                    :
WARDEN MARK KIRBY,                  :
                                    :
            Respondent.             :
_____:
```

For the reasons expressed in the accompanying Opinion,

IT IS on this 5th day of March, 2019,

ORDERED that the Clerk of Court is directed to make a new and separate entry on the docket marking this matter re-opened; and it is further

ORDERED that the Motions for Reconsideration, ECF Nos. 13, 18, are hereby DENIED; and it is further

ORDERED that the Court's Order entered December 12, 2017, ECF No. 12, stands; and it is finally

ORDERED that the Clerk of the Court shall mark this case CLOSED and serve a copy of the Opinion and Order upon Petitioner by regular U.S. mail.

At Camden, New Jersey
                                                    s/ Noel L. Hillman
                                                    NOEL L. HILLMAN, U.S.D.J.